**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**


ADEL YAZIDI                                                     )
                                                               )
                          Plaintiff,                           )
              vs.                                              )          No. 1:08-cv-1010-SEB-TAB
                                                               )
OFFICER HOUGHTON, et al.,                                      )
                                                               )
                          Defendants.                          )


**Entry Discussing Motion for Summary Judgment as to
Claims Asserted Pursuant to the Indiana Constitution**


**I.**

Plaintiff Adel Yazidi is confined at an Indiana prison and alleges in this action that he was mistreated by the defendants. Yazidi asserts claims pursuant to 42 U.S.C. § 1983. He also asserts claims under Article I, § 2 of the Indiana Constitution. Because there is no private right of action for damages under the Indiana Constitution under the circumstances presented here, the defendants' motion for summary judgment (dkt 34) as to claims for damages asserted pursuant to the Indiana Constitution must be **granted**. *See Smith v. Indiana Dep't of Corr.*, 871 N.E.2d 975, 978 (Ind.Ct.App. 2007).


**II.**

No partial final judgment shall issue at this time as to the claims resolved in this Entry.

**IT IS SO ORDERED.**



Date:  ____04/19/2010____

                                              *Sarah Evans Barker*
                                              SARAH EVANS BARKER, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution:

Laura Lee Bowker
laura.bowker@atg.in.gov

Akia  Haynes
akia.haynes@atg.in.gov

Adel Yazidi
DOC #164034
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135